IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


F.A. SMITH,
      Plaintiff,

vs.                              Case No.:  5:06cv231/RS/EMT

NEWTON KENDIG, et al.,
      Defendants.
_____/

### REPORT AND RECOMMENDATION

       This matter is before the court on Plaintiff's Notice of Voluntary Dismissal of the instant civil rights case, filed pursuant to 28 U.S.C. § 1331 (Doc. 10).  Plaintiff seeks dismissal without prejudice (*id*.).

       Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment.  Since Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

       Accordingly, it is respectfully **RECOMMENDED**:

       That Plaintiff's Notice of Voluntary Dismissal (Doc. 10) be **GRANTED** and this case be **DISMISSED WITHOUT PREJUDICE**.

       At Pensacola, Florida, this 16<u>th</u> day of March 2007.


                        */s/ Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).