IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

F. A. SMITH,

    Plaintiff,

vs.                                         CASE NO. 5:06cv231/RS

NEWTON KENDIG; SCOTT
MIDDLEBROOKS, et al,

    Defendants.
_____/

## ORDER

Before the court are Plaintiff's Notice of Voluntary Dismissal (Doc. 10) and the Magistrate Judge's Report and Recommendation (Doc. 11).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on March 20, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**